dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-360-CV

MACKY GENE HODGES, INDEPENDENT

CO-EXECUTOR OF THE ESTATE OF MAXIE

ESTELLE SHORT WATSON APPELLANT

V.

JOE H. MORGAN, INDIVIDUALLY APPELLEE

----------

FROM PROBATE COURT NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. 

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: JANUARY 22, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.